435 A.2d 907

Commonwealth v. Dosch, Appellant.

Argued April 30, 1981. Raymond Bogarty, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and BROSKY and HOFFMAN, JJ.

Order affirmed.